**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30458 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-00192-TSZ |
| v. | |
| JOHN HENRY SLAUGHTER, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Thomas S. Zilly, District Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

John Henry Slaughter appeals from the district court's order denying his

motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). We have jurisdiction

under 28 U.S.C. § 1291, and we vacate and remand for the district court to provide

a statement of reasons for its decision.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

Slaughter contends that the district court erred by failing to explain adequately the reasons for its denial of his § 3582(c)(2) motion. He also claims that the court's failure to consider his post-sentencing rehabilitation, and to impose a reduction in his sentence proportional to the reduction reflected in the amended Guideline, resulted in a substantively unreasonable sentence.

The district court had discretion to grant Slaughter's request for a sentence modification below the amended Guideline range. *See* U.S.S.G. § 1B1.10(b)(2)(B); *United States v. Sipai*, 623 F.3d 908, 910 (9th Cir. 2010). Because we cannot determine from the district court's order whether it denied Slaughter's motion on the belief that relief was not warranted, or on the erroneous belief that it lacked discretion to reduce his sentence, we vacate and remand for the district court to provide a statement of reasons for its decision. *See Dillon v. United States*, 130 S. Ct. 2683, 2691-92 (2010) (if a prisoner is eligible for a sentence reduction, the court must consider any applicable § 3553(a) factors to determine whether a reduction is warranted in whole or in part under the particular circumstances of the case).

Slaughter's motion to expedite review of this case is denied as moot.

**VACATED and REMANDED.**